55,678-05

Dear Mrs. Cochran.

I realize it's not "proper etiquette" to write directly to judge, but I'm trying to save my life. What's left of it anyway.

I just read the Texas Monthly article (Feb 2015 issue) where you mention that two things the criminal justice system ought to do are reach an accurate result, and do it fairly so that each side gets an even shot. Neither of these things happened in my case. I was given 99 yrs for a burglary I did not commit; and I wasn't given a fair shot at proving my innocence. I was "railroaded" in Randall County, Texas by a biased judge (or two), a malicious prosecutor, an inept trial attorney, and a stubborn + lazy appellate atty. I was refused the right to present grounds on appeal that may have exonerated me ... and my trial atty didn't make the appropriate objections in court. Even the 7th Court of Appeals in Amarillo refused to let me present pertinent grounds. Now I've pretty much lost my life behind this.

I currently have a writt of habeas corpus ✔ in Court of Criminal Appeals (WR-55,678-05)

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 27 2015

Abel Acosta, Clerk

since you seem to be a judge who's

NEXT

interested in fair play + justice .... I decided to write + ask if you can see that I'm given a "fair shake" at the Court of Criminal Appeals.

I will admit, I'm not a saint — never have been. But this is one instance where I am not guilty. Every other time in my life when I was guilty, I plead guilty. I got no problem owning up to something I've done, but this isn't something I've done. I don't deserve to be thrown in prison for the rest of my life.

If you're really interested in fair play, can you see that I'm given the fair shake that I've so far been denied. My writ is there, take a look if you're interested. Or ask whatever colleague has it to evaluate it honestly.

Thank you for your time.

Paul Gerik

PAUL GERIK 1808175
Allred Unit
2101 FM 369 N.
Iowa Park, Tex.
76367

Abel Acosta, Clerk

FEB 27 2015
COURT OF CRIMINAL APPEALS
RECEIVED IN